# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| BIANCA MICHELLE JONES,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., NELNET SERVICING, LLC,<br><br>Defendants. | Civil Action No.: 2:24-cv-02325-SHL-CGC<br><br>**DECLARATION OF BIANCA MICHELLE JONES** |

I, Bianca Michelle Jones, am of the age of majority and capable of making this declaration. I have personal knowledge of the following facts and would testify to these facts if called to do so in court. I make this declaration under penalty of perjury of the laws of the United States:

1. I am the Plaintiff in this case.

2. I do not recall exactly when I signed up for an online Experian account.

3. Until recently, I was not aware of Experian's claim that when I signed up for an online Experian account, I waived my right to a jury trial.

4. Until recently, I was not aware that when I signed up for an online Experian account, I agreed to arbitrate any claims against Experian.

5. I did not see an arbitration agreement, or any mention of an arbitration agreement, when I signed up for my online Experian account.

6. When I signed up for my online Experian account, I did not click anything that I recall indicating that I would be waiving my right to a jury. Had I seen any such

1

Document Ref: FSASJ-WADP7-XSRG6-TMMBS

indication, I would not have signed up for an online Experian account, and I would have used other online services to monitor my credit.

7. The foregoing is true and correct to the best of my knowledge.

Dated: 2024-07-30

*Bianca Jones*

_____

BIANCA MICHELLE JONES

2

Document Ref: FSASJ-WADP7-XSRG6-TMMBS