# EXHIBIT G

**Filters applied:** | Date Received: 1/1/2023 - 12/19/2023 | Experian Information Solutions Inc.

**Dates:** 1/1/2023 - 12/19/2023

Showing **296,103** out of **5,734,732** total complaints

Close Filters

### 8031298 (cfpb.gov/data-research/consumer-complaints/search/detail/8031298)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** MD

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**
Incorrect information on your report

Sub-issue:
Information belongs to someone else

---

### 8031295 (cfpb.gov/data-research/consumer-complaints/search/detail/8031295)

**Company name**
Experian Information Solutions Inc.

**Date received:** 12/19/2023
**Consumer's state:** CA

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

| | |
|---|---|
| **Company response to consumer** <br> Closed with explanation <br><br> **Timely response?** <br> Yes | **Issue** <br> Problem with a company's investigation into an existing problem <br><br> Sub-issue: <br> Their investigation did not fix an error on your report |

**8031272** (cfpb.gov/data-research/consumer-complaints/search/detail/8031272)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with non-monetary relief

**Timely response?**
Yes

Date received: 12/19/2023
Consumer's state: FL

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**
Incorrect information on your report

Sub-issue:
Information belongs to someone else

**8031270** (cfpb.gov/data-research/consumer-complaints/search/detail/8031270)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

Date received: 12/19/2023
Consumer's state: TX

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**
Incorrect information on your report

Sub-issue: Account information incorrect

**Timely response?**

Yes

---

[8031266 (cfpb.gov/data-research/consumer-complaints/search/detail/8031266)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031266)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with non-monetary relief

**Timely response?**

Yes

**Date received:** 12/19/2023

**Consumer's state:** MS

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Problem with a company's investigation into an existing problem

Sub-issue:
Their investigation did not fix an error on your report

[8031243 (cfpb.gov/data-research/consumer-complaints/search/detail/8031243)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031243)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with non-monetary relief

**Timely response?**

Yes

Date received: 12/19/2023

Consumer's state: AZ

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Improper use of your report

Sub-issue:
Credit inquiries on your report that you don't recognize

---

[8031192 (cfpb.gov/data-research/consumer-complaints/search/detail/8031192)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031192)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with non-monetary relief

**Timely response?**

Yes

Date received: 12/19/2023

Consumer's state: IL

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Incorrect information on your report

Sub-issue:
Information belongs to someone else

---

[8031189 (cfpb.gov/data-research/cons](https://cfpb.gov/data-research/cons)

Date received: 12/19/2023

Consumer's state: GA

umer-complaints/search/detail/8031189)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**
Incorrect information on your report

Sub-issue:
Information belongs to someone else

---

8031153 (cfpb.gov/data-research/consumer-complaints/search/detail/8031153)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with non-monetary relief

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** TX

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**
Incorrect information on your report

Sub-issue:
Information belongs to someone else

---

8031151 (cfpb.gov/data-research/consumer-complaints/search/detail/8031151)

**Date received:** 12/19/2023
**Consumer's state:** NC

**Product**
Credit reporting or other personal consumer reports

| | |
|---|---|
| **Company name**<br>Experian Information Solutions Inc.<br><br>**Company response to consumer**<br>Closed with explanation<br><br>**Timely response?**<br>Yes | Sub-product: Credit reporting<br><br>**Issue**<br>Incorrect information on your report<br><br>Sub-issue:<br>Information belongs to someone else |

[8031149 (cfpb.gov/data-research/consumer-complaints/search/detail/8031149)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031149)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with non-monetary relief

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** PA

**Product**
Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**
Improper use of your report

Sub-issue:
Reporting company used your report improperly

[8031134 (cfpb.gov/data-research/consumer-complaints/search/detail/8031134)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031134)

**Company name**
Experian Information Solutions Inc.

**Date received:** 12/19/2023
**Consumer's state:** PA

**Product**
Debt collection

Sub-product: Other debt

**Issue**
Took or threatened to take negative or legal action

| | |
|---|---|
| Company response to consumer | Sub-issue: Threatened or suggested your credit would be damaged |
| Closed with explanation | |
| Timely response? | |
| Yes | |

---

**8031124** (cfpb.gov/data-research/consumer-complaints/search/detail/8031124)

Date received: 12/19/2023

Consumer's state: NC

**Company name**

Experian Information Solutions Inc.

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Company response to consumer**

Closed with non-monetary relief

**Issue**

Improper use of your report

Sub-issue: Reporting company used your report improperly

**Timely response?**

Yes

---

**8031114** (cfpb.gov/data-research/consumer-complaints/search/detail/8031114)

Date received: 12/19/2023

Consumer's state: DC

**Company name**

Experian Information Solutions Inc.

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Company response to consumer**

Closed with explanation

**Issue**

Improper use of your report

Sub-issue: Reporting company used your report improperly

| | |
|---|---|
| **Timely response?** | **Consumer Complaint Narrative** |
| Yes | XXXX has yet to remove the account I requested to Opt-out on XX/XX/2023. |

---

[8031103 (cfpb.gov/data-research/consumer-complaints/search/detail/8031103)](https://cfpb.gov/)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** TX

**Product**
Credit reporting or other personal consumer reports
Sub-product: Credit reporting

**Issue**
Problem with a company's investigation into an existing problem
Sub-issue: Was not notified of investigation status or results

---

[8031101 (cfpb.gov/data-research/consumer-complaints/search/detail/8031101)](https://cfpb.gov/)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** FL

**Product**
Credit reporting or other personal consumer reports
Sub-product: Credit reporting

**Issue**
Incorrect information on your report
Sub-issue: Account information incorrect

[8031099 (cfpb.gov/data-research/consumer-complaints/search/detail/8031099)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031099)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** TX

**Product**
Credit reporting or other personal consumer reports
Sub-product: Credit reporting

**Issue**
Incorrect information on your report
Sub-issue: Information belongs to someone else

---

[8031093 (cfpb.gov/data-research/consumer-complaints/search/detail/8031093)](https://cfpb.gov/data-research/consumer-complaints/search/detail/8031093)

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Date received:** 12/19/2023
**Consumer's state:** GA

**Product**
Credit reporting or other personal consumer reports
Sub-product: Credit reporting

**Issue**
Incorrect information on your report
Sub-issue: Account information incorrect

---

[8031092 (cfpb.gov/data-research/consumer-complaints/se umer-complaints/se](https://cfpb.gov/data-research/consumer-complaints/)

**Date received:** 12/19/2023
**Consumer's state:** CA

**Product**

arch/detail/8031092)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with explanation

**Timely response?**

Yes

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Problem with a company's investigation into an existing problem

Sub-issue:
Their investigation did not fix an error on your report

---

[8031089 (cfpb.gov/data-research/consumer-complaints/search/detail/8031089)](#)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with explanation

**Timely response?**

Yes

Date received: 12/19/2023

Consumer's state: WA

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Incorrect information on your report

Sub-issue:
Information belongs to someone else

---

[8031086 (cfpb.gov/data-research/consumer-complaints/search/detail/8031086)](#)

**Company name**

Date received: 12/19/2023

Consumer's state: CA

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

| | |
|---|---|
| Experian Information Solutions Inc. | **Issue**<br>Incorrect information on your report<br>Sub-issue: Account information incorrect |
| **Company response to consumer**<br>Closed with explanation | |
| **Timely response?**<br>Yes | |

---

**8031085 (cfpb.gov/data-research/consumer-complaints/search/detail/8031085)**

**Company name**
Experian Information Solutions Inc.

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

Date received: 12/19/2023
Consumer's state: IL

**Product**
Credit reporting or other personal consumer reports
Sub-product: Credit reporting

**Issue**
Improper use of your report
Sub-issue: Reporting company used your report improperly

**Consumer Complaint Narrative**
This is my second complaint. I have provided my written information and my personal information. I requested proof providing statements showing I gave permission to have my information shared to third parties for any purpose. If proof can't be provided remove inquiries and update information to Maxi [...] (cfpb.gov/data-research/consumer-complaints/search/detail/8031085)

---

**8031067 (cfpb.gov/data-research/consumer-complaints/se umer-complaints/se**

Date received: 12/19/2023
Consumer's state: MD

**Product**

arch/detail/8031067)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with non-monetary relief

**Timely response?**

Yes

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Improper use of your report

Sub-issue:
Reporting company used your report improperly

---

8031055 (cfpb.gov/data-research/consumer-complaints/search/detail/8031055)

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with non-monetary relief

**Timely response?**

Yes

Date received: 12/19/2023
Consumer's state: NJ

**Product**

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

**Issue**

Incorrect information on your report

Sub-issue:
Information belongs to someone else

[8031046 (cfpb.gov/data-research/consumer-complaints/search/detail/8031046)](cfpb.gov/data-research/consumer-complaints/search/detail/8031046)

Date received: 12/19/2023

Consumer's state: CA

**Company name**

Experian Information Solutions Inc.

**Company response to consumer**

Closed with non-monetary relief

**Timely response?**

Yes

### Product

Credit reporting or other personal consumer reports

Sub-product: Credit reporting

### Issue

Improper use of your report

Sub-issue: Reporting company used your report improperly

### Consumer Complaint Narrative

15 USC 6508 I have the right to opt out and that they have reported information and transactional history to early warning and check systems Per the FCRA as a Federal protected consumer of any and all authorizations. I the consumer may have given you written & unwritten. Verbal or non-verbal per 15u [...] (cfpb.gov/data-research/consumer-complaints/search/detail/8031046)

**URL:** https://www.consumerfinance.gov/data-research/consumer-complaints/search/?company=Experian%20Information%20Solutions%20Inc.&date_received_max=2023-12-19&date_received_min=2023-01-01&page=1&searchField=all&size=25&sort=created_date_desc&tab=List