# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| BIANCA MICHELLE JONES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and NELNET SERVICING, LLC,<br><br>　　　　Defendants. | Civil Action No.: 2:24-cv-02325-SHL-CGC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO FILE FLASHDRIVE EXHIBIT** |

Plaintiff Bianca Michelle Jones ("Plaintiff"), by counsel, hereby moves the Court to grant leave to file Exhibit 13 to Plaintiff's Motion for Partial Summary Judgment on a flash drive submitted physically to the court. The exhibit is an audio file which is not possible to file electronically through CM/ECF.

Counsel for Plaintiff shall serve upon Defendant Nelnet Servicing, LLC a copy of the non-electronic filing.

Dated: July 21, 2025,   　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　*/s/ James Ristvedt*
　　　　　　　　　　　　　　　　James Ristvedt, AZ Bar #035938
　　　　　　　　　　　　　　　　*admitted pro hac vice*
　　　　　　　　　　　　　　　　**CONSUMER JUSTICE LAW FIRM PLC**
　　　　　　　　　　　　　　　　8095 N. 85th Way
　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　T: (480) 626-1956
　　　　　　　　　　　　　　　　E: jristvedt@consumerjustice.com

1

*/s/ Mehak Rizvi*
Mehak Rizvi, Bar #6341462
*Admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
E: mrizvi@consumerjustice.com
T: (602) 807-1519

Tarek N. Chami, MI Bar #P76407
**CONSUMER JUSTICE LAW FIRM PLC**
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumejustice.com

*Counsel for Plaintiff Bianca Michelle Jones*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on July 21, 2025. Parties may access this filing through the Court's electronic filing system. Notice of this filing will also be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: <i>/s/ Brianna Frohman</i>