# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| BIANCA MICHELLE JONES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and NELNET SERVICING, LLC,<br><br>　　　　Defendants. | Civil Action No.: 2:24-cv-02325-SHL-CGC<br><br>**FIRST JOINT STATUS REPORT ON SETTLEMENT** |

　　　　Plaintiff Bianca Michelle Jones ("Plaintiff") and Defendant Nelnet Servicing, LLC ("Nelnet") (collectively, the "Parties"), pursuant to this Court's order dated December 2, 2025 (ECF 143), hereby submit their first joint status report on the Parties' settlement:

　　　　The Parties have finalized the non-monetary terms of the settlement agreement on December 2, 2025. The Parties have executed the settlement agreement and anticipate the performance of the monetary terms to be completed the next two weeks from this status report. The Parties acknowledge that the Court's previous Order specified that the Parties have an additional twenty-eight days from that Order, which would be until December 30, 2025. While the terms of the settlement agreement between the Parties provides up until January 9, 2026, to perform, the Parties anticipate performance in advance of that date in order to comply with the Court's instructions. Specifically, Nelnet anticipates mailing payment before December 20, 2025. However, because of holiday mail and concerns about

1

potential mailing delays, the Parties do not know with certainty how quickly Plaintiff will receive payment and how quickly that payment will be processed. Nevertheless, the Parties fully anticipate and are planning to be able to file a stipulation of dismissal by December 30, 2025, in compliance with the Court's Order.

Dated: December 16, 2025,   RESPECTFULLY SUBMITTED,

*/s/ Joseph Ronderos*
Joseph Ronderos (BPR No. 036179)
**STITES & HARBISON PLLC**
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2205
Email: jronderos@stites.com

*Counsel for Defendant Nelnet Servicing, LLC*

*/s/ James Ristvedt*
James Ristvedt, AZ Bar #035938
*admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1956
E: jristvedt@consumerjustice.com

Mehak Rizvi, Bar #6341462
*Admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
E: mrizvi@consumerjustice.com
T: (602) 807-1519

Tarek N. Chami, MI Bar #P76407
**CONSUMER JUSTICE LAW FIRM PLC**
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumejustice.com

*Counsel for Plaintiff Bianca Michelle Jones*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on December 16, 2025. Parties may access this filing through the Court's electronic filing system. Notice of this filing will also be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Shaun Pambid*