# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BIANCA MICHELLE JONES, <br><br> Plaintiff, <br><br> v. <br><br> NELNET SERVICING, LLC, <br><br> Defendant. | No. 2:24-cv-02325-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Bianca Jones' Complaint (ECF No. 1), filed May 16, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Stipulation of Dismissal (ECF No. 145), filed December 23, 2025, and under Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims by Plaintiff Jones against Defendant Nelnet Servicing, LLC are hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 23, 2025
Date